1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                        CR. NO. S-05-357 LKK

MICHAEL JOSEPH MARTINEZ,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                        CR. NO. S-06-316 DFL

MICHAEL JOSEPH MARTINEZ,        <u>RELATED CASE ORDER</u>

        Defendant.
_____/

    Examination of the above-entitled criminal actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the

1 parties.

2     The parties should be aware that relating the cases under
3 Local Rules 83-123 merely has the result that both actions are
4 assigned to the same judge; no consolidation of the actions is
5 effected.  Under the regular practice of this court, related cases
6 are generally assigned to the judge to whom the first filed action
7 was assigned.

8     IT IS THEREFORE ORDERED that the action denominated CR. NO.
9 S-06-316 DFL be, and the same hereby is, reassigned to Judge
10 Lawrence K. Karlton for all further proceedings.  Henceforth the
11 caption on all documents filed in the reassigned case shall be
12 shown as CR. NO. S-06-316 LKK.

13     IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of criminal cases to
15 compensate for this reassignment.

16     DATED: August 8, 2006.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```