1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **MICHAEL MARTINEZ**
5

6

7
### IN THE UNITED STATES DISTRICT COURT
8
### FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cr. S-05-357 LKK |
| | ) | Cr. S-06-316 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **THEREON** |
| v. | ) | |
| | ) | |
| **MICHAEL MARTINEZ,** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for October 3, 2006 may be continued to November 7, 2006. This continuance is requested to permit the parties to continue discussions regarding a possible resolution. The defendant is aware of this request and agrees it is necessary and appropriate.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and have been in trial together it is believed by both

/ / / / / / / /

/ / / / / / / /

(Order on Following Page)

1    parties that this additional time will result in the resolution of the matter..  In light of the

2    foregoing, additional time will be required in order for the defense to prepare. See 18

3    U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

4    Dated:  September 29, 2006                                Dated:  September 29, 2006

5

6    / s / Heiko Coppola                                        / s / Steven D. Bauer

7    **HEIKO COPPOLA**                                          **STEVEN D. BAUER**
     Assistant United States Attorney                          Attorney for Defendant
8

9    For Good Cause Appearing

10   **IT IS SO ORDERED**

11
     Dated: September 29, 2006
12

13

14   _____
     LAWRENCE K. KARLTON
15   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28