1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **MICHAEL MARTINEZ**
5

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   **UNITED STATES OF AMERICA,**            )    Cr. S-06-316 LKK
11                                           )
                         Plaintiff,          )    **STIPULATION AND ORDER**
12                                           )    **THEREON**
                   v.                        )
13                                           )
   **MICHAEL MARTINEZ**,                     )    (Continuing Status to 4/3/07)
14                                           )
                         Defendant,          )
15  _____      )

16      It is hereby stipulated between counsel for the government and the defendant that

17 the status conference presently scheduled for February 13, 2007 may be continued to April

18 3, 2007. This continuance is requested to permit the parties to continue discussions

19 regarding a possible resolution. The defendant is aware of this request and agrees it is

20 necessary and appropriate.

21      Counsel for the defendant and the government have been engaged in productive

22 negotiations regarding this matter, additionally, a pre-plea report has been prepared and

23 must now be reviewed by the defendant, it is believed by both parties that this additional

24 time will result in the resolution of the matter.. In light of the foregoing, additional time

25 will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and

26 3161(h)(8)(B)(iv). Local Code T-4.

27

28 (Signatures and Order on Following Page)

| | |
|---|---|
| Dated: February 8, 2007 | Dated: February 8, 2007 |
| / s / Heiko Coppola | / s / Steven D. Bauer |
| **HEIKO COPPOLA**<br>Assistant United States Attorney | **STEVEN D. BAUER**<br>Attorney for Defendant |

For Good Cause Appearing
**IT IS SO ORDERED**

Dated: February 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT