1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **MICHAEL MARTINEZ**
5

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   **UNITED STATES OF AMERICA,**            )        Cr. S-06-316 LKK
11                                           )
                            Plaintiff,       )   **STIPULATION AND ORDER**
12                                           )            **THEREON**
                        v.                   )
13                                           )
   **MICHAEL MARTINEZ,**                     )    (Continuing Status to 5/8/07)
14                                           )
                            Defendant,       )
15  ───────────────────────────────────     )

16        It is hereby stipulated between counsel for the government and the defendant that

17  the status conference presently scheduled for April 3, 2007 may be continued to May 8,

18  2007 at 9:30 a.m. This continuance is requested because the United States Supreme Court

19  has under review an issue which will, depending on the out come, dramatically effect the

20  likely sentence the court will impose.

21        In light of the foregoing, additional time will be required in order for the defense

22  to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

23  Dated:  March 28, 2007                          Dated: March 28, 2007

24

25  / s / Heiko Coppola                             / s / Steven D. Bauer

26  **HEIKO COPPOLA**                               **STEVEN D. BAUER**
    Assistant United States Attorney               Attorney for Defendant
27
    (Order on Following Page)
28

1

For Good Cause Appearing
2 **IT IS SO ORDERED**

3

Dated: March 28, 2007
4

5                                          LAWRENCE K. KARLTON
6                                          SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28