```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-357 LKK |
| ) | CR-S-06-316 LKK |
| Plaintiff, ) | |
| v. ) | **ORDER EXCLUDING TIME** |
| MICHAEL JOSEPH MARTINEZ ) | |
| Defendant. ) | |

A status conference in the above captioned matter was held before this Court on September 30, 2008. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendant Michael Martinez was present, in custody and represented by his attorney, Candace Frye. At the request of the parties, the status conference was continued to October 28, 2008 at 9:15 a.m. This Court further ordered that time beginning September 30, 2008, and extending through and including October 28, 2008 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4, based upon defense counsel's need to prepare. Furthermore, this Court finds that the ends of

justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.  The defendant is aware of this request and agrees it is necessary and appropriate.

IT IS SO ORDERED.

Date: October 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT