1 CANDACE A. FRY
CA Bar No. 68910
2 2401 Capitol Avenue
Sacramento, CA  95816
3 Telephone: (916) 446-9322
FAX:  (916) 446-0770
4
Attorney for MICHAEL J. MARTINEZ,
5 Defendant

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-05-357-LKK
                               )      CR.S-06-316-LKK
12                Plaintiff,    )
                               )  **STIPULATION AND ORDER CONTINUING**
13      v.                     )  **STATUS CONFERENCE AND EXCLUDING**
                               )  **TIME**
14 MICHAEL J. MARTINEZ,          )
                               )
15                Defendant.    )
                               )
16 _____)

17

18      It is hereby stipulated and agreed by and between the parties
19 hereto, through their respective counsel, that the status conference
20 presently scheduled in the above matters for October 28, 2008, be
21 continued to Monday, December 8, 2008, at 1:30 p.m.
22      This continuance is sought by the parties for the following
23 reasons: the defense continues investigation; and, the Government
24 continues efforts to provide the additional discovery requested by the
25 defense.  Accordingly, the parties agree that time under the Speedy
26 Trial Act shall be excluded through December 8, 2008, to provide
27 reasonable time for defense preparation of the case, pursuant to 18
28 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

```
1  Dated: October 21, 2008                  /s/ Candace A. Fry
                                          CANDACE A. FRY, Attorney for
2                                         MICHAEL J. MARTINEZ, Defendant

3

4  Dated: October 21, 2008               McGREGOR W. SCOTT
                                          United States Attorney
5
                                            /s/ Candace A. Fry for
6                                         HEIKO COPPOLA, Assistant
                                          United States Attorney
7
                                          (Signed for Mr. Coppola with
8                                         his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

  Dated: October 22, 2008


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-