```
1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MICHAEL J. MARTINEZ,
5  Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-05-357-LKK |
| ) | CR.S-06-316-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE AND EXCLUDING** |
| ) | **TIME** |
| MICHAEL J. MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for December 8, 2008, be continued to Tuesday, February 10, 2009, at 9:15 a.m.

This continuance is sought by the parties for the following reasons: the defense continues investigation; the Government has provided additional discovery to the defense; and the parties are engaged in settlement negotiations. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through February 10, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

-1-

```
Dated: December 4, 2008              /s/ Candace A. Fry
                                    CANDACE A. FRY, Attorney for
                                    MICHAEL J. MARTINEZ, Defendant


Dated: December 4, 2008             McGREGOR W. SCOTT
                                    United States Attorney

                                      /s/ Candace A. Fry for
                                    HEIKO COPPOLA, Assistant
                                    United States Attorney

                                    (Signed for Mr. Coppola with
                                    his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

    Dated: December 4, 2008

                                        LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT