CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MICHAEL J. MARTINEZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-05-357-LKK |
| Plaintiff, | CR.S-06-316-LKK |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MICHAEL J. MARTINEZ, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for February 10, 2009, be continued to Tuesday, March 24, 2009, at 9:15 a.m.

This continuance is sought by the parties for the following reasons: the defense continues investigation; the Government has recently provided additional discovery to the defense; and, the parties continue settlement negotiations.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through March 24, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

1  Dated:   February 6, 2009              /s/ Candace A. Fry
                                         CANDACE A. FRY, Attorney for
2                                        MICHAEL J. MARTINEZ, Defendant

3

4  Dated: February 6, 2009               LAWRENCE G. BROWN,
                                         United States Attorney
5
                                          /s/ Candace A. Fry for
6                                        HEIKO COPPOLA, Assistant
                                         United States Attorney
7
                                         (Signed for Mr. Coppola with
8                                        his prior authorization)

9

10                          **O R D E R**

11

12 IT IS SO ORDERED.

13         Dated: February 9, 2009

14

15

16                                    _____
                                      LAWRENCE K. KARLTON
17                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
18

-2-