1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone: (916) 446-9322
   FAX: (916) 446-0770
4
   Attorney for MICHAEL J. MARTINEZ,
5  Defendant

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    ) No. CR.S-05-357-LKK
                                 )     CR.S-06-316-LKK
12 |            Plaintiff,        )
                                 ) **STIPULATION AND ORDER CONTINUING**
13 |     v.                       ) **STATUS CONFERENCE AND EXCLUDING**
                                 ) **TIME**
14 | MICHAEL J. MARTINEZ,         )
                                 )
15 |            Defendant.        )
                                 )
16 |                              )

17

18

19      It is hereby stipulated and agreed by and between the parties

20 hereto, through their respective counsel, that the status conference

21 presently scheduled in the above matters for March 24, 2009, be

22 continued to Tuesday, April 7, 2009, at 9:15 a.m.

23      This continuance is sought by the parties for the following

24 reason: settlement negotiations continue with the hope of resolving the

25 case by next status conference.  Accordingly, the parties agree that

26 time under the Speedy Trial Act shall be excluded through April 7,

27 2009, to provide reasonable time for defense preparation of the case,

28 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

-1-

| | |
|---|---|
| Dated: March 23, 2009 | /s/ Candace A. Fry<br>CANDACE A. FRY, Attorney for<br>MICHAEL J. MARTINEZ, Defendant |
| Dated: March 23, 2009 | LAWRENCE G. BROWN,<br>United States Attorney<br><br>/s/ Candace A. Fry for<br>HEIKO COPPOLA, Assistant<br>United States Attorney<br><br>(Signed for Mr. Coppola with<br>his prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated: March 23, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT