| | |
|---|---|
| 1 | CANDACE A. FRY |
| | CA Bar No. 68910 |
| 2 | 2401 Capitol Avenue |
| | Sacramento, CA  95816 |
| 3 | Telephone:  (916) 446-9322 |
| | FAX:  (916) 446-0770 |
| 4 | |
| | Attorney for MICHAEL J. MARTINEZ, |
| 5 | Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-357-LKK |
| | ) | CR.S-06-316-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| MICHAEL J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for April 7, 2009, be continued to Tuesday, April 28, 2009, at 9:15 a.m.

This continuance is sought by the parties because they remain in settlement negotiations. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through April 28, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

///

-1-

| | |
|---|---|
| Dated: April 3, 2009 | /s/ Candace A. Fry<br>CANDACE A. FRY, Attorney for<br>MICHAEL J. MARTINEZ, Defendant |
| Dated: April 3, 2009 | LAWRENCE G. BROWN,<br>United States Attorney<br><br>/s/ Candace A. Fry for<br>HEIKO COPPOLA, Assistant<br>United States Attorney<br><br>(Signed for Mr. Coppola with<br>his prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated: April 3, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT