LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL JOSEPH MARTINEZ<br><br>            Defendant. | CASE NO.   2:05-CR-357 LKK<br>                   2:06-CR-316 LKK<br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME |

The parties request that the status conference in this case be continued from June 9, 2009 to June 30, 2009 at 9:15 a.m. They stipulate that the time between June 9, 2009 and June 30, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the proposed plea agreement with the defendant and to prepare for a potential

change of plea on June 30, 2009.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATE: June 8, 2009         By:     /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney


DATE: June 8, 2009                 /s/ Candace Fry
                                        CANDACE FRY
                                        Attorney for Defendant

     **SO ORDERED.**

DATE: June 8, 2009         _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT