CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MICHAEL J. MARTINEZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-05-357-LKK |
| ) | CR.S-06-316-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE AND EXCLUDING** |
| ) | **TIME** |
| MICHAEL J. MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for June 30, 2009, be continued to Tuesday, August 18, 2009, at 9:15 a.m.

This continuance is sought by the defense for the following reasons: settlement negotiations have continued and a revised, proposed plea agreement will be provided by the Government shortly; the parties anticipate a negotiated plea at the next appearance (and will timely notify this Court); and, the August 18 date is the first available in light of defense counsel's schedule and the times available on this Court's calendar. Accordingly, the parties agree that time under the

-1-

1  Speedy Trial Act shall be excluded through August 18, 2009, to provide
2  reasonable time for defense preparation of the case, pursuant to 18
3  U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

5  Dated:   June 26, 2009                  /s/ Candace A. Fry
                                           CANDACE A. FRY, Attorney for
6                                          MICHAEL J. MARTINEZ, Defendant

8  Dated:   June 26, 2009                  LAWRENCE G. BROWN,
                                           Acting United States Attorney

                                    By     /s/ Candace A. Fry for
10                                         HEIKO COPPOLA, Assistant
                                           United States Attorney

                                           (Signed for Mr. Coppola with
12                                         his prior authorization)

14                                   **O R D E R**

16  IT IS SO ORDERED.

17  Dated: June 29, 2009
                                    [signature]
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

-2-